IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOSE CUERO-TENORIO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 322-128 |
| ) | |
| WARDEN, FCI YAZOO CITY (Medium), ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 25th day of January, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE